# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JUDITH M. FISHER, | : No. 56 MM 2015 |
| Petitioner | : |
| v. | : |
| EUGENE A. KACZOROWSKI, M.D., | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.